Joel Tasca
Nevada Bar No. 14124
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
demareel@ballardspahr.com

Attorneys for Plaintiff JPMorgan Chase Bank, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; ALIANTE MASTER ASSOCIATION, a Nevada non-profit corporation; AARON M. NANEZ; NICOLE D. VERHEYEN.<br><br>Defendants. | Case No. 2:17-CV-00329-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR JPMORGAN CHASE BANK, N.A. TO RESPOND TO ALIANTE MASTER ASSOCIATION'S MOTION TO DISMISS [ECF NO. 11]**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6-1, Plaintiff JPMorgan Chase Bank, N.A. ("Chase") and Defendant Aliante Master Association ("Aliante") stipulate and agree that Chase may have up to and including June 9, 2017 to respond to *Defendant Aliant Master Association's Motion to Dismiss JPMorgan Chase Bank, N.A.'s Complaint [ECF No. 1]* (the "Motion"). [ECF No. 11.] Aliante filed the Motion on May 10, 2017. The parties request this extension to continue their discussions about potentially resolving issues raised by the Motion.

*[Continued on following page.]*

DMWEST #16522538 v1

Chase's response to the Motion currently is due on May 24, 2017.  This is the first request for such an extension from the Court, and it is made in good faith and not for purposes of delay.

| Dated:  May 22, 2017 | Dated: May 22, 2017 |
|---|---|
| BALLARD SPAHR LLP | LEACH JOHNSON SONG & GRUCHOW |
| By: /s/ Lindsay Demaree<br>Joel Tasca<br>Nevada Bar No. 14124<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106 | By: /s/ Chase Pittsenbarger<br>T. Chase Pittsenbarger<br>Nevada Bar No. 13740<br>8945 W. Russell Road, Suite #330<br>Las Vegas, NV 89148<br><br>*Counsel for Aliante Master Association* |
| *Counsel for JPMorgan Chase Bank, N.A.* | |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 25, 2017