Joel E. Tasca
Nevada Bar No. 14124
Maria A. Gall
Nevada Bar No. 14200
Lindsay Demaree
Nevada Bar No. 11949
Kyle A. Ewing
Nevada Bar 14051
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
gallm@ballardspahr.com
demareel@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; ALIANTE MASTER ASSOCIATION, a Nevada non-profit corporation; AARON M. NANEZ; NICOLE D. VERHEYEN, <br><br> Defendants. | Case No. 2:17-CV-00329-JCM-NJK <br><br> **STIPULATION AND ORDER TO STAY ENTIRE CASE PENDING SETTLEMENT** <br><br> (First Request) |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter-Claimant/Cross-claimant, <br><br> vs. <br><br> JPMORGAN CHASE BANK, N.A.; AARON M. NANEZ, an individual; NICOLE D. VERHEYEN, an individual, <br><br> Counter-Defendant/Cross-Defendants. | |

DMWEST #17559186 v1

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase") and Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR") (together with Chase, the "Parties"), through their respective attorneys, stipulate as follows:

1. On or about October 17, 2017, the Court entered an order extending the discovery deadlines, setting the deadline to complete discovery for December 6, 2017, dispositive motions for January 5, 2018, and the deadline to fire the joint pre-trial order for February 6, 2018 (ECF No. 54).

2. The Parties have since come to an agreement and are in the process of finalizing settlement.

3. Given the resolution and to avoid wasting resources and incurring potentially unnecessary expense associated with continued litigation, the Parties agree, and hereby request, a stay of the case to give each side sufficient time and resources to finalize settlement.

4. The Parties anticipate that it may take approximately 90 days to finalize the settlement agreement, perform the material terms under the settlement agreement, and be in a position to dismiss this matter.

Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

5. The Parties make this stipulation in good faith and not for purposes of delay.

Dated: March 21, 2018

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ Lindsay Demaree <br> Joel E. Tasca, Esq. <br> Nevada Bar No. 14124 <br> Maria A. Gall, Esq. <br> Nevada Bar No. 14200 <br> Lindsay C. Demaree, Esq. <br> Nevada Bar No. 11949 <br> Kyle A. Ewing, Esq. <br> Nevada Bar. No. 14051 <br> 1980 Festival Plaza Drive, Suite 900 <br> Las Vegas, Nevada 89135 | By: /s/ Diana S. Ebron <br> Diana S. Ebron <br> Nevada Bar No. 10580 <br> Jacqueline A. Gilbert <br> Nevada Bar No. 10593 <br> Karen Hanks <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Dr., Suite 110 <br> Las Vegas, Nevada 89014 |
| *Attorneys for JPMorgan Chase Bank, N.A.* | *Attorneys for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 21, 2018

## CERTIFICATE OF SERVICE

I certify that on March 21, 2018, and pursuant to Federal Rule of Civil Procedure 5, a true copy of the foregoing **STIPULATION AND ORDER TO STAY ENTIRE CASE PENDING SETTLEMENT** was sent to the following parties via U.S. Mail at the following addresses:

Aaron M. Nanez
Nicole D. Verheyen
4005 Birchmont Street
Las Vegas, Nevada 89130

Aaron M. Nanez
Nicole D. Verheyen
5428 Indigo Ridge Street
North Las Vegas, Nevada 89031

/s/ Mary Kay Carlton
An Employee of Ballard Spahr LLP