# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | Case No. 2:17-CV-329 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *JPMorgan Chase Bank, N.A. v. SFR Investments Pool 1, LLC, et al.*, case no. 2:17-cv-00329-JCM-NJK.

On March 21, 2018, the court granted the parties' stipulation to stay entire case pending settlement. (ECF No. 71). Since that date, no party has submitted any filings with the court. The court orders the parties to file a joint status report indicating the current status of the settlement.

Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a joint status report to the court within thirty (30) days of the date of this order.

DATED June 25, 2018.

_____
UNITED STATES DISTRICT JUDGE