# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | Case No. 2:17-CV-329 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *JPMorgan Chase Bank, N.A. v. SFR Investments Pool 1 LLC, et al.*, case number 2:17-cv-00329-JCM-NJK.

In light of the parties' notice of settlement/status report (ECF No. 74), the court will deny plaintiff JP Morgan Chase Bank, N.A.'s motion for summary judgment and motion to remove incorrectly filed documents (ECF Nos. 56, 60); and defendant SFR Investments Pool 1, LLC's motion for summary judgment and motion to strike (ECF Nos. 57, 64) without prejudice to the parties' ability to renew their motions should the settlement not materialize.

Accordingly,

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the parties shall submit a joint status report to the court within thirty (30) days of the date of this order. Failure to submit a joint status report may result in dismissal of this case for want of prosecution.

DATED August 28, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**