Joel E. Tasca
Nevada Bar No. 14124
Maria A. Gall
Nevada Bar No. 14200
Lindsay Demaree
Nevada Bar No. 11949
Kyle A. Ewing
Nevada Bar 14051
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
gallm@ballardspahr.com
demareel@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; ALIANTE MASTER ASSOCIATION, a Nevada non-profit corporation; AARON M. NANEZ; NICOLE D. VERHEYEN,<br><br>Defendants. | Case No. 2:17-CV-00329-JCM-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-Claimant/Cross-claimant,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.; AARON M. NANEZ, an individual; NICOLE D. VERHEYEN, an individual,<br><br>Counter-Defendant/Cross-Defendants. | |

DMWEST #18076403 v1

Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

1  Pursuant to Local Rules LR IA 6-1 and LR 26-4, Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase") and Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR") (together with Chase, the "Parties"), through their respective attorneys, stipulate as follows:

2. 1. This action concerns title to real property commonly known as 2220 Cockatiel Drive in North Las Vegas, NV 89084 (the "Property") following a homeowner's association foreclosure sale conducted on July 26, 2013, with respect to the Property.

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20090128-0004383 (the "Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. Chase and SFR have resolved all of their claims and disputes, and stipulate and agree to the dismissal of all claims among them with prejudice, with each party to bear its own costs and fees.

4. The Parties further stipulate and agree that the two Lis Pendens recorded against the Property in the Official Records of Clark County, Nevada, as Instruments Number 20140224-0000717 and 20170329-0001451 be, and the same hereby are, EXPUNGED.

5. The Parties further stipulate and agree that the $500 in security costs posted by Chase on June 20, 2017 pursuant to this Court's Order [ECF No. 27] shall be discharged and released to the Ballard Spahr LLP Trust Account.

[*Continued on the following page*]

DMWEST #18076403 v1                               2

5. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder.

Dated: September 18, 2018

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By: /s/ Lindsay Demaree<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Maria A. Gall, Esq.<br>Nevada Bar No. 14200<br>Lindsay C. Demaree, Esq.<br>Nevada Bar No. 11949<br>Kyle A. Ewing, Esq.<br>Nevada Bar. No. 14051<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135 | By: /s/ Diana S. Ebron<br>Diana S. Ebron<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert<br>Nevada Bar No. 10593<br>Karen Hanks<br>Nevada Bar No. 9578<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89014 |
| *Attorneys for JPMorgan Chase Bank, N.A.* | *Attorneys for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: September 20, 2018

# CERTIFICATE OF SERVICE

I certify that on September 18, 2018, and pursuant to Federal Rule of Civil Procedure 5, a true copy of the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** was sent to the following parties via U.S. Mail at the following addresses:

Aaron M. Nanez
Nicole D. Verheyen
4005 Birchmont Street
Las Vegas, Nevada 89130

Aaron M. Nanez
Nicole D. Verheyen
5428 Indigo Ridge Street
North Las Vegas, Nevada 89031

/s/ C. Bowman
An Employee of Ballard Spahr LLP

Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135